```
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

```
RYAN LAMAR HOLLAND,          )
                             )
          Petitioner,        )
                             )
 v.                          )     1:17CV1007
                             )     1:10CR445-1
UNITED STATES OF AMERICA,    )
                             )
          Respondent.        )
```

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 9, 2017, was served on the parties in this action. (Docs. 336, 337.) Petitioner objected to the Recommendation. (Doc. 338.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 334) is filed and then DISMISSED *sua sponte* for failure to obtain certification by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d). A Judgment dismissing this action will be entered contemporaneously with this Order.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

                                                /s/   Thomas D. Schroeder
                                           United States District Judge

November 28, 2017